B3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

In Re: __CRAIG BRYAN__   Case No. __14-35791__
          Debtor                              (if known)

Chapter __7__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __83.75__   Check one   ☐ With the filing of the petition, or
                          ☒ On or before __10/31/14__

$ __83.75__   on or before __12/1/14__
$ __83.75__   on or before __12/30/14__
$ __83.75__   on or before __1/29/15__

☒ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __10/3/14__

_Eugene R. Wedoff_
United States Bankruptcy Judge